IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD BERNARD DATTS,  )
                       )
     Petitioner,       )
                       )
v.                     )   CASE NOS.  CV412-009
                       )              CR410-091
UNITED STATES OF AMERICA, )
                       )
     Respondent.       )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 petition is **GRANTED**. As a result, Petitioner's sentence in the underlying criminal case, 4:10-cr-091, is **VACATED** and an identical sentence is **REIMPOSED**. Petitioner's newly appointed counsel, Mr. Chauncey Napoleon Barnwell, is **DIRECTED** to file a notice of appeal on Petitioner's behalf. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA