AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Gerald Bernard Datts,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-9
CR410-91

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/30/12, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered granting the 28 U.S.C. 2255 Petition. Petitioner's sentence in case, 4:10-cr-91, is vacated and an identical sentence is reimposed.

| 11/30/12 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03